[No. 39715-3-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH BRANDON WONDERLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02242-8, Lisa R. Worswick, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 39723-4-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEVI HILLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00103-1, Robert L. Harris, J., entered August 12, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 39746-3-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE DAVID BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00030-0, Russell W. Hartman, J., entered September 4, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[Nos. 39747-1-II; 39757-9-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN REYNOLDS, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 07-1-00851-3, Richard L. Brosey, J., entered September 2, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Van Deren, JJ.